UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERN STROUD,<br><br>        Plaintiff,<br><br>    v.<br><br>APRIL D. RICHMOND, et al.,<br><br>        Defendants. | Case No. 4:17-cv-01469-KAW<br><br>ORDER TO SHOW CAUSE TO DEFENDANT FOR FAILURE TO APPEAR AT THE 8/31/17 HEARING ON THE MOTION TO DISMISS |

On August 31, 2017, the Court held a hearing on Defendant April D. Richmond's motion to dismiss, at which she did not appear. Plaintiff Fern Stroud appeared.

Accordingly, Defendant is ORDERED TO SHOW CAUSE, in writing, by no later than **September 20, 2017**, to explain why she did not appear and why she should not pay monetary sanctions in the amount of $150 for her failure to appear at the hearing on the motion that she filed.

In responding to the order to show cause, Defendant may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*.

IT IS SO ORDERED.

Dated: August 31, 2017

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge