UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERN STROUD,<br><br>    Plaintiff,<br><br>v.<br><br>APRIL D. RICHMOND,<br><br>    Defendant. | Case No. 4:17-cv-01469-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 25 |

On August 31, 2017, the Court held a hearing on Defendant April D. Richmond's motion to dismiss, at which she did not appear. Thus, Defendant was ordered to show cause, in writing, by no later than September 20, 2017, to explain why she did not appear and why she should not pay monetary sanctions in the amount of $150 for her failure to appear at the hearing on the motion that she filed. Defendant responded to the order to show cause on October 3, 2017, and explained that she made a clerical mistake and removed the hearing from her calendar. (Dkt. No. 25.) She also apologized for the late response, and stated that the court order was delivered to the wrong address. *Id.*

Accordingly, the Court DISCHARGES the order to show cause, and Defendant is not required to pay sanctions. Defendant is advised, however, that any future failure to respond timely or meet required case deadlines may result in monetary sanctions or judgment being entered against her.

IT IS SO ORDERED.

Dated: October 16, 2017

                                                                         KANDIS A. WESTMORE<br>
                                                                        United States Magistrate Judge