UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERN STROUD,<br><br>        Plaintiff,<br><br>   v.<br><br>APRIL D. RICHMOND,<br><br>        Defendant. | Case No. 4:17-cv-01469-KAW<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within 90 days of the date of this order, with proof of service of a copy to the opposing party, that the agreed consideration for said settlement has not been delivered, this order shall be vacated and the case shall be restored to the calendar to be set for trial. All further dates are vacated.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge